UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Oscar Guillen-Lopez,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No. 2:26-cv-01064-CDS-NJK<br>**Order Dismissing as Moot the Petition for Writ of Habeas Corpus**<br>[ECF No. 4] |

Counsel for petitioner Oscar Guillen-Lopez has notified the court of Guillen-Lopez's release from custody. ECF No. 7. Counsel represents that Guillen-Lopez was granted bond on April 20, 2026, and was released from immigration custody the following day. *Id.* at 2. Counsel argues that Guillen-Lopez's release renders moot his petition challenging the lawfulness of his federal immigration detention. *Id.* at 2.

"[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and that the traditional function of the writ is to secure release from illegal custody." *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973); *see also* 28 U.S.C. § 2241(c)(3) (providing that the writ of habeas corpus extends to prisoners in custody in violation of the Constitution or federal law).

Here, when Guillen-Lopez filed his pro se petition, he was in immigration custody in this District and was challenging the legality of his detention. ECF No. 4. However, his appointed counsel has confirmed that he is no longer detained. ECF No. 7 at 2. The court therefore "can no longer provide him the primary relief sought in his habeas corpus petition," rendering his petition moot. *See Munoz v. Rowland*, 104 F.3d 1096, 1097–98 (9th Cir. 1997); *see also Singh v. Bowen*, 2025 WL 3679185, at *1 (C.D. Cal Dec. 18, 2025) (dismissing as moot petition where petitioner was released from immigration custody). Indeed, "a case is moot when the issues presented are

no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Powell v. McCormack*, 395 U.S. 486, 496 (1969).

**Conclusion**

IT IS HEREBY ORDERED that Guillen-Lopez's writ of habeas corpus **[ECF No. 4] is dismissed without prejudice as moot** following his release from immigration custody. The Clerk of the Court is kindly directed to close this case.

Dated: October 26, 2026

_______________________________
Cristina D. Silva
United States District Judge